El Pueblo *v.* Rodríguez.

Apelación procedente de la Corte de Distrito de Ponce.

No. 34. Resuelto en noviembre 27, 1905.

Apelación.—Pliego de excepciones.—Relación de hechos.—Errores manifiestos.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Gustavo Rodríguez contra sentencia de la Corte de Distrito de Ponce que en causa por hurto de mayor cuantía le condenó á la pena de un año de presidio en el departamental de la isla, con trabajos forzados y al pago de las costas.

No aparece que se alegaran en el juicio excepciones de clase alguna, ni existe pliego de ellas, ni hay escrito de exposición de hechos, ni la parte apelante ha comparecido ante esta Corte Suprema á sostener el recurso mediante alegato de los errores que, en su sentir, se hayan cometido, no habiendo, por tanto, problema jurídico sometido en forma á la resolución de este Tribunal.

Tampoco encontramos en los autos errores fundamentales que puedan ser materia de consideración..

Por las razones expuestas, procede se confirme la sentencia apelada, con las costas á cargo del apelante Gustavo Rodríguez.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.